IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01705-WYD-KLM

JUANITA LOPEZ, personally and as personal representative of the Estate of Christopher Lopez, and
CONSUELO ROMERO, next friend and mother of A.R., C.R. and J.R.,

    Plaintiffs,

v.

DEPUTY DIRECTOR KELLIE WASKO, in her individual and official capacities,
WARDEN DAVID M. ZUPAN, in his individual and official capacities,
ASSOCIATE WARDEN RANDY LIND, in his individual and official capacities,
CAPTAIN JAMES W. YATES, in his individual and official capacities,
CAPTAIN VICKY JARAMILLO, in her individual and official capacities,
LIEUTENANT GLENN K. HASUI, in his individual and official capacities,
CORRECTIONAL OFFICER KRISTJAN ARING, in his individual and official capacities,
CORRECTIONAL OFFICER MATTHEW CARLINO, in his individual and official capacities,
CORRECTIONAL OFICER THEORDORE DOXTATER, in his individual and official capacities,
CORRECTIONAL OFFICER JAIME GUTIERREZ-GONZALEZ, in his individual and official capacities,
CORRECTIONAL OFFICER TAYLOR MUNSELL, in his individual and official capacities,
CORRECTIONAL OFFICER TIM J. WILKINS, in his individual and official capacities,
CORRECTIONAL OFFICER SHANE WOLTZ, in his individual and official capacities,
CORRECTIONAL OFFICER GEORGE ROMAN, in his individual and official capacities,
COUNSELOR CHERYL NEUMEISTER, in her individual and official capacities,
LOA D. ROSE, R.N., in her individual and official capacities,
ERICA SISNROY, R.N., in her individual and official capacities,
PEGGY L. VILLERS, R.N., in her individual and official capacities,

    Defendants.
_____

**ORDER**
_____

    The Court, upon a Joint Motion to Reopen Administratively Closed Civil Case

(ECF No. 65), filed May 26, 2015, submitted by all parties to this lawsuit, having

considered the bases therefor and FINDING that good cause exists to reopen this administratively closed case in accordance with D.C.COLO.LCivR 41.2, hereby GRANTS the Joint Motion to Reopen and ORDERS that this case is reopened for purposes of allowing the parties to file the necessary motions to dismiss this case.

Dated:   June 16, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE