IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01705-WYD-KLM

JUANITA LOPEZ, personally and as personal representative of the Estate of Christopher Lopez, and
CONSUELO ROMERO, next friend and mother of A.R., C.R. and J.R.,

    Plaintiffs,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

_____

**ORDER**
_____

    The Court, upon a Stipulated Motion to Dismiss This Case With Prejudice (ECF No. 67), filed May 26, 2015, submitted by all parties to this lawsuit and having considered the bases therefor, hereby GRANTS the Stipulated Motion to Dismiss and ORDERS that this case is dismissed with prejudice.

    Dated:   June 16, 2015.

                                                   BY THE COURT:

                                                   s/ Wiley Y. Daniel
                                                   WILEY Y. DANIEL,
                                                   SENIOR UNITED STATES DISTRICT JUDGE